IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02136-BNB

JAISON E. LEGGETT,

    Plaintiff,

v.

S. QUENELLE,
J. COLLINS, and
C. RIVERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

---

Plaintiff, Jaison E. Leggett, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. Mr. Leggett, acting *pro se*, initiated this action by filing a Prisoner Complaint. On October 1, 2010, Mr. Leggett filed a Letter with the Court requesting that the instant action be dismissed. The Court must construe the Letter liberally because Mr. Leggett is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent

court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of October 1, 2010, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of October 1, 2010, the date Mr. Leggett filed the Notice in this action.

DATED at Denver, Colorado, this  4th  day of  October , 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02136-BNB

Jaison E. Leggett
Reg No. 09411-007
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/6/10

GREGORY C. LANGHAM, CLERK

By _____
       Deputy Clerk